UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
IRISH LIFE INVESTMENT MANAGERS LIMITED,    :    No. 07 Civ. **10995**
:
           Plaintiff,    :    **DISCLOSURE**
:    **STATEMENT PURSUANT**
- v. -    :    **TO FED. R. CIV. P. 7.1(a)**
:
VIVENDI, S.A., JEAN-MARIE MESSIER    :
and GUILLAUME HANNEZO,    :
:
           Defendants.    :
:
------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Irish Life Investment Managers Limited, a nongovernmental corporate party, states that Irish Life Investment Managers Limited is a wholly owned subsidiary of Irish Life & Permanent plc.

Dated: December 4, 2007

                              LABATON SUCHAROW LLP

                By: _____
                              Lawrence A. Sucharow (LS-1726)
                              Eric J. Belfi (EB-8895)
                              Russel N. Jacobson (RJ-2268)
                              David J. Goldsmith (DG-7388)
                              140 Broadway
                              New York, New York 10005
                              Telephone: 212-907-0700
                              Facsimile:  212-883-7056

                              *Attorneys for Plaintiff Irish Life*
                              *Investment Managers Limited*