UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
:
IN RE VIVENDI UNIVERSAL, S.A.                :    No. 02 Civ. 5571 (RJH) (HBP)
SECURITIES LITIGATION                         :
:
This Document Relates To:                     :
:
07 Civ. 10995                                 :
―――――――――――――――――――――x

## NOTICE OF APPEARANCE

Please enter the appearance of Mark S. Arisohn, a member of the bar of this Court, as counsel for Plaintiff Irish Life Investment Managers Limited in the above-captioned action.

Dated: New York, New York
      January 10, 2008

Respectfully submitted,

LABATON SUCHAROW LLP

By:  /s/ Eric Belfi_____
Eric Belfi (EB-8895)
Mark S. Arisohn (MA-2364)
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

*Attorneys for Plaintiff Irish Life
Investment Managers Limited*


Certificate of Service

    I hereby certify that on January 10, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

Michael T. Reynolds  
Cravath, Swaine & Moore LLP  
Worldwide Plaza  
825 Eighth Avenue  
New York, NY  10019

Michael J. Malone  
King & Spalding LLP  
1185 Avenue of the Americas  
New York, NY  10036

Michael E. Swartz, Esq.  
Schulte Roth & Zabel LLP  
919 Third Avenue  
New York, NY  10022

/s/  Mark S. Arisohn  
Mark S. Arisohn (MA-2364)