UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
:
IN RE VIVENDI UNIVERSAL, S.A.           :   No. 02 Civ. 5571 (RJH) (HBP)
SECURITIES LITIGATION                   :
:
This Document Relates To:               :
:
07 Civ. 10995                           :
———————————————————————x

## NOTICE OF APPEARANCE

Please enter the appearance of Javier Bleichmar, a member of the bar of this Court, as counsel for Plaintiff Irish Life Investment Managers Limited in the above-captioned action.

Dated:  New York, New York                Respectfully submitted,
        January 10, 2008
                                          LABATON SUCHAROW LLP

                                   By:    /s/  Eric Belfi_____
                                          Eric Belfi (EB-8895)
                                          Javier Bleichmar (JB-0435)
                                          140 Broadway
                                          New York, New York  10005
                                          Telephone:  212-907-0700
                                          Facsimile:  212-818-0477

                                          *Attorneys for Plaintiff Irish Life
                                          Investment Managers Limited*

Certificate of Service

     I hereby certify that on January 10, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

| | |
|---|---|
| Michael T. Reynolds<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019 | Michael J. Malone<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br><br>Michael E. Swartz, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 |

                                                        /s/ Javier Bleichmar
                                                        Javier Bleichmar (JB-0435)