UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION | |
| This document relates to: | |
| 07 Civ. 5742     07 Civ. 7370 | |
| 07 Civ. 7775     07 Civ. 7776 | 02 Civ. 5571 (RJH/HBP) |
| 07 Civ. 7778     07 Civ. 7779 | ECF CASE |
| 07 Civ. 7863     07 Civ. 7803 | |
| 07 Civ. 8208     07 Civ. 8156 | |
| 07 Civ. 9229     07 Civ. 8830 | |
| 07 Civ. 9593     07 Civ. 10578 | |
| 07 Civ. 10954    07 Civ. 10995 | |
| 07 Civ. 11092    07 Civ. 11305 | |
| 07 Civ. 11483    07 Civ. 11484 | |
| 07 Civ. 11485    07 Civ. 11628 | |
| 08 Civ. 0024     08 Civ. 0116 | |
| 08 Civ. 0117     08 Civ. 0418 | |
| 08 Civ. 1111     08 Civ. 0950 | |
| 08 Civ. 01973    08 Civ. 1938 | |
| 08 Civ. 01983    08 Civ. 01974 | |
| 08 Civ. 01985    08 Civ. 01975 | |

**NOTICE OF MOTION OF DEFENDANTS FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIVIDUAL PLAINTIFFS FOR LACK OF STANDING**

PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated August 15, 2008, the Declaration of Damaris Hernández, executed August 15, 2008, with exhibits thereto, the Statement Pursuant to Civil Rule 56.1, and upon all prior pleadings and proceedings herein, Defendants Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo[1] hereby move this Court,

---

[1] Mr. Hannezo joins in this motion as to (a) Capitalia Asset Management SGR, S.p.A. v. Vivendi Universal, S.A., No. 07 Civ. 5742 (the only action in which he has been properly served); and (b) Pioneer Investments Austria, GmbH v. Vivendi Universal, S.A., No. 07 Civ. 10578 (as to which the Court has ordered that Mr. Hannezo respond to discovery requests). Mr. Hannezo has moved to dismiss the other Individual Actions for failure to serve him with process.

before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street, New York, New York, for summary judgment pursuant to Fed. R. Civ. P. 56(b) on claims brought by Plaintiffs in the above-captioned individual actions, as set forth in more detail in the accompanying memorandum of law; and granting such other and further relief as the Court deems just and proper.

August 15, 2008.

KING & SPALDING LLP

    Michael J. Malone
    Paul A. Straus
    Lisa Albert

    1185 Avenue of the Americas
    New York, NY 10036
    (22) 556-2136
    pstraus@kslaw.com

*Attorneys for Defendant Jean-Marie Messier*

CRAVATH, SWAINE & MOORE LLP,

by  *[signature: Paul C. Saunders]*
—————————————————
    Paul C. Saunders
    Daniel Slifkin
    Michael A. Paskin
    Michael T. Reynolds
    Timothy G. Cameron
    Members of the Firm

    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
    (212) 474-1000
    psaunders@cravath.com

*Attorneys for Defendant Vivendi, S.A.*

---

To the extent that motion is denied with respect to some or all of the other Individual Actions, Mr. Hannezo joins in this motion as to those actions as well.

| SCHULTE ROTH & ZABEL LLP | WEIL GOTSHAL & MANGES LLP |
|---|---|
| Martin L. Perschetz<br>Michael E. Schwartz<br>Einat Philip<br><br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2247<br>martin.perschetz@srz.com<br><br>*Attorneys for Defendant Guillaume Hannezo* | James W. Quinn<br>Jonathan D. Polkes<br>Penny P. Reid<br><br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000<br>james.quinn@weil.com<br><br>*Attorneys for Defendant Vivendi, S.A.* |

TO:

Diane Zilka, Esq.
   Grant & Eisenhofer P.A.
      Chase Manhattan Centre
         1201 North Market Street
            Wilmington, DE 19801

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 953, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

Anthony J. Harwood, Esq.
   Labaton Sucharow LLP
      140 Broadway
         New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ. 11483, 07 Civ. 11484, 08 Civ. 0418*

Michael Elsner, Esq.
   Motley Rice LLC
      28 Bridgeside Boulevard
         Mount Pleasant, SC 29464

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8830, 07 Civ. 10578, 07 Civ. 10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
   Schiffrin Barroway Topaz & Kessler, LLP
      280 King of Prussia Road
         Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156, 07 Civ. 9929, 07 Civ. 11092, 08 Civ. 1973, 08 Civ. 1974, 08 Civ. 1975*